**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7784**

RUSSELL G. TURNER,

　　　　　　　Petitioner - Appellant,

　　　v.

CRAIG APKER,

　　　　　　　Respondent - Appellee,

　　　and

SARA M. REVELL,

　　　　　　　Respondent.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:12-hc-02122-BO)

Submitted:  June 12, 2017                              Decided:  June 30, 2017

Before MOTZ, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Russell G. Turner, Appellant Pro Se.  Edward D. Gray, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Garnet Turner, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2012) petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Turner v. Apker*, No. 5:12-hc-02122-BO (E.D.N.C. July 30 & Oct. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*